AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
1:13 pm, Jul 20 2021

United States of America
v.

MALEK SHAWN HOLMES

*Defendant*

Case No. 4:21-CR-103

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MALEK SHAWN HOLMES, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846

WARRANT ISSUED

JOHN S. COURTER, Clerk

By: *Marissa Mast*
DEPUTY CLERK

Date: 07/20/2021

City and state:   Des Moines, Iowa

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 7/21/21
at *(city and state)* DES MOINES, IA.

Date: 7/21/21

*Arresting officer's signature*

DANNY WHITE FBI TFO
*Printed name and title*